Personal Loan & Savings Bank, appellant, v. Bernard Henry Ford, appellee. Gen. No. 34,597.

 Heard in the first division of this court for the first district at the October term, 1930. Opinion filed January 26, 1931.

R. C. Darley, for appellant; O. G. Wahlgren, of counsel. Albert H. Fry, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.